No. 09-11349. Neville Sylvester Leslie, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.

562 U.S. 875, 131 S. Ct. 183, 178 L. Ed. 2d 109, 2010 U.S. LEXIS 6705.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 955.